DENNIS, Justice,
dissenting.
I respectfully dissent for the reasons I assigned in State ex rel. Henry Lee Taylor v. John P. Whitley, Warden, Louisiana State Penitentiary, 606 So.2d 1292 (La. 1992). In addition, I reaffirm my belief that a substantial reasonable doubt instructional error cannot be harmless. See State v. Sullivan, 596 So.2d 177, 193 (La.1992) (DENNIS, Justice, dissenting), cert. granted, — U.S. -, 113 S.Ct. 373, — L.Ed.2d - (1992); State v. Cage, 583 So.2d 1125, 1130 (La.1991) (DENNIS, Justice, dissenting).